

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00404-CV

THE TEXAS DEMOCRACY FOUNDATION D/B/A TEXAS OBSERVER AND NAVEENA SADASIVAM
v.
LYDIA ANN CHANNEL MOORINGS, LLC

On Appeal from the
156th District Court of Aransas County, Texas
Trial Cause No. A-17-0064-CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

January 18, 2018